UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON WILLIAMS | CIVIL ACTION |
| VERSUS | NO: 14-2481 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | SECTION: R(2) |

## ORDER AND REASONS

The Court, having reviewed *de novo* the complaint,[1] defendant's answer,[2] the parties' memoranda of facts and law,[3] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[4] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

New Orleans, Louisiana, this __3rd__ day of November, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 1.

[2]   R. Doc. 8.

[3]   R. Doc. 15; R. Doc. 16.

[4]   R. Doc. 18.